**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-7715**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GERALD DAMONE HOPPER,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Thomas A. Wiseman, Jr., Senior District Judge, sitting by designation.  (CR-95-119-V)

─────────────

Submitted:  March 9, 1999                Decided:  May 21, 1999

─────────────

Before NIEMEYER, HAMILTON, and WILLIAMS, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Gerald Damone Hopper, Appellant Pro Se. Kenneth Michel Smith, David Culver Keesler, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gerald Damone Hopper appeals from the district court's order denying his petition for an order to show cause why two prosecutors and a government witness should not be held in criminal contempt and denying his motion for sanctions. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny Hopper leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. See United States v. Hopper, No. CR-95-119-V (W.D.N.C. Nov. 12, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2